FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-cr-00065-D-RJ-9

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) ORDER TO SEAL |
| CHAUNCY MORST, | ) |
| Defendant. | ) |
| | ) |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 756 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

IT IS SO ORDERED.

This the __10__ day of October, 2025.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE